CHARLES KYLE v. STATE

No. A-1555. Opinion Filed May 10, 1913.

Appeal from Superior Court, Logan County.

S. S. Lawrence, Judge.

Charles Kyle was convicted of violating the prohibitory law, and appeals. Affirmed.

H. C. Olds, for plaintiff in error.

Charles West, Atty. Gen., and John Adams, Co. Atty., for the State.

PER CURIAM. The plaintiff in error, Charles Kyle, was tried and convicted at the July, 1911, term of the superior court of Logan county on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of thirty days and a fine of fifty dollars.

We have carefully examined the record and find no sufficient reason for interfering with the judgment of the trial court, and it is therefore affirmed.